

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Brooks E. Doyne*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*     *Main:  (973) 645-2700*
*Newark, New Jersey 07102*        *Direct: (973) 297-4390*
*Brooks.Doyne@usdoj.gov*

July 27, 2026

**Via Electronic Filing**
Hon. Madeline Cox Arleo U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

          **Re:**    *Singh v. Soto, et al.*, **No. 26-1504 (MCA);**
                 **Request to Close Matter**

Dear Judge Arleo:

       This Office represents Respondents in the above-referenced habeas matter. On April 29, 2026, the Court granted Petitioner's habeas petition. ECF 7. On April 30, 2026, the Respondents submitted a declaration reporting that Petitioner was released from ICE custody. The Respondents respectfully request the Court close this matter.

       We thank the Court for its attention to this matter.

                             Respectfully submitted,

                             ROBERT FRAZER
                             United States Attorney

                             *s/ Brooks E. Doyne*
                             BROOKS E. DOYNE
                             Assistant U. S. Attorney
                             *Attorneys for Respondents*

cc:    All Counsel of Record (*via* ECF)

                     Case shall be closed.
                    SO ORDERED

                     *s/Madeline Cox Arleo*
                  MADELINE COX ARLEO, U.S.D.J.

                    Date:  7/28/26